IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**'08 - CV - 01431** *BnB*

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 9 - 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. _____

**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

CHARLES SHANE DICKINSON,

      Plaintiff,

v.

COLORADO LOTTERY DIVISION,
720 S. COLORADO BLVD.
SUIT 110
DENVER, CO 80246

      Defendant.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

      Plaintiff has submitted a Complaint and a letter to the court. He has failed either

to pay the $350.00 filing fee or to file a Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915. As part of the court's review pursuant to

D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are

deficient as described in this order. Notwithstanding the deficiencies, the clerk of the

court will be directed to commence a civil action. Plaintiff will be directed to cure the

following if he wishes to pursue his claims. Any papers which the Plaintiff files in

response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1)   <u>X</u>   is not submitted

| (2)  | ___ | is not on proper form (must use the court's current form) |
| (3)  | ___ | is missing original signature by Plaintiff |
| (4)  | ___ | is missing affidavit |
| (5)  | ___ | affidavit is incomplete |
| (6)  | ___ | affidavit is not notarized or is not properly notarized |
| (7)  | ___ | names in caption do not match names in caption of complaint, petition or application |
| (8)  | ___ | An original and a copy have not been received by the court. Only an original has been received. |
| (9)  | X | other: motion is necessary only if filing fee is not paid in advance. |

**Complaint or Petition:**

| (10) | ___ | is not submitted |
| (11) | X | is not on proper form (must use the court's current form) |
| (12) | ___ | is missing an original signature by the Plaintiff |
| (13) | ___ | is incomplete |
| (14) | ___ | uses et al. instead of listing all parties in caption |
| (15) | ___ | An original and a copy have not been received by the court. Only an original has been received. |
| (16) | ___ | Sufficient copies to serve each defendant/respondent have not been received by the court. |
| (17) | ___ | names in caption do not match names in text |
| (18) | ___ | other _____ |

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, copies of the following form(s): Motion and Affidavit for Leave

to Proceed Pursuant to 28 U.S.C. § 1915 and a Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _____ day of _____, 2008.

BY THE COURT:

_____
Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. '08 - CV - 01431

Charles Shane Dickinson
9906 Romel Drive
Black Hawk, CO 57708

     I hereby certify that I have mailed a copy of the **ORDER and two copies of Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Complaint** to the above-named individuals on _____7/9/08_____

GREGORY C. LANGHAM, CLERK

By:_____
                    Deputy Clerk