IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 25 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-01431-BNB

CHARLES SHANE DICKINSON,

    Plaintiff,

v.

COLORADO LOTTERY DIVISION, 720 S. Colorado Blvd., Suite 110, Denver, CO

    Defendant.

## ORDER OF DISMISSAL

At the time Plaintiff Charles Shane Dickinson initiated the instant action, he resided in Black Hawk, South Dakota. Mr. Dickinson initiated this action, on July 1, 2008, by filing a *pro se* Complaint. Pursuant to D.C.COLO.LCivR 8.1, Magistrate Judge Craig B. Shaffer reviewed the Complaint Plaintiff submitted to the Court on July 1, 2008, and determined that the filing was deficient. Magistrate Judge Shaffer entered an order, on July 9, 2008, directing the Clerk of the Court to commence a civil action and instructing Plaintiff to file his claims on a current Court-approve form used in filing *pro se* complaints with the Court. Mr. Dickinson also was instructed to submit a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 or in the alternative to pay the $350.00 filing fee. Plaintiff was warned that the action would be dismissed without further notice if he failed to comply with the July 9, 2008, Order within the time allowed.

Plaintiff now has failed to communicate with the Court, and as a result he has failed to comply with Magistrate Judge Shaffer's July 9, 2008, Order and cure the noted deficiencies within the time allowed. Accordingly, it is

ORDERED that the action is dismissed without prejudice because Plaintiff failed to comply with the July 9, 2008, Order within the time allowed.

DATED at Denver, Colorado, this 24 day of Sept. , 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01431-BNB

Charles Shane Dickinson
9906 Romel Drive
Black Hawk, SD 57718

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9/25/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk